Shawn Coleman
V
Seguin P.D, Guadalupe Regional Hospital

The U.S. District Court
Western Distric
of Texas

P24cv0001

Declatory Judgement
In Cause 24?285 CRn

Comes now Shawn Coleman plantiff pro se pursua to Rule 15(A) Fed R Civ. P and states now (1) In the U.S. District Court Western District of Tex. San Antonio Division (1) this is a civil action authoriz. by 42 USC Sec 1983 to redress the court under color of state law of rights secured by the Constitution of the United States: The Court has Jurisdiction under 28 USC Sec 1331 and 1343(A)(3). Plantiff Shawn Coleman seeks to declaratory relief pursuant to 28 USC Sec 2201 and 2202. Plantiff Shawn Coleman claims for injunctive relief are authorized by 28 USC Sec. 2283 & 2284 and Rule 65 68

The Federal Rules of Civil Procedure. The 2nd 25th Judicial District is an Appropriate Venue under 28 USC Section 1391(b)(2) because it is where the events giving rise to this Claim occured.

II

Plaintiffs

Plaintiff Shawn Coleman is and at all times mentioned here in a prisoner of the State of Texas In the custody of the County of Guadalupe He is currently confined in Guadalupe County Jail In Seguin Texas.

III

Defendants

Seguin Police Dept. 1 Jane Doe And one John Doe officer Named In Report or Case # 24 2283CR-A. Guadalupe Regional Hospital

Staff 3 John Doe Security Officers) 1 Staff Security officer named Ismael Gamez.

IV

History

On the date in cause # 24 2285CR-A I was unlawfully restrained, and falsely imprisoned moved to 2 seperate locations unlawfully by Seguin PD Jane & John Doe officers. Which after 30 minutes I was released. Which I assume ended the encounter. I was never told why wasn't suspected of crime, or intoxication, or mental crisis. I was released at the Guadalupe County Regional Hospital by Jane Doe Seguin PD and told to "get checked out by medical". I saw the nurse told her my injuries I had been seen

Earlier where the same. The Hospital staff in unlawfully restrained and assaulted in 2 distinct acts. While I was laying face down and cuffed 3 John Doe officers employed by the Hospital injured further my back and neck on injuries I had been at the Hospital for by dropping knees in those locations on my body. Till a nurse yelled for them 2 stop saying "your gonna kill him" I was moved by 2 officers to a Hospital bed and cuffed by both arms. At a new place exam room 4 at which time the 2nd act of assault occured by Hospital staff Ismael Gamez. In which he jumped on top of me injuring my back further and assaulted me until

ME WAS, ISMAEL GAMEZ, SEDATED by Staff.

V

LEGAl Claims.

Seguin PD violated my 4th Amend. By official oppression TEX PENAL CODE 39.03 By unlawful restraint And false Emprisonment Transporting ME To 2 locations Against my will. Which CAUSE BE To BE ASSAULTED by 2 Acts In 2 location by 2 Seperate Hospital Staff groups causing 2 Seperate INJURIES. TEX. CIV PRAC REM 84.006 States INJURIES on Hospital property to A patient by Staff AS A DAMAGE limit of $500,000 PER ACT.

V

PRAYER for Relief

WHEREFORE SHAWN COLEMAN respectfully pray that this court enter Judgment In CAUSE # 242285CRA Granting Plantiff Shawn Coleman A DECLARATION

That the Acts And omissions Described Herein violated this Rights under Constitutional law of the United States. And. A Preliminary And Permanent Injuction ordering Defendants Seguin police Dept And Guadalupe Regional Hospital To pay Damages. Granting Shawn Coleman 1.2 million Dollars in Compensatory Damages $500000.00 per Each Assault And Injury from Guadalupe Regional Totalling $1.000,000. Maxium Damages To Be Awarded $500,000.00 per Act. And $200,000 For unlawful Restraint, And false Imprisonment. from Seguin P.D. Which Cause mental Anxiety Issues.

Plaintiff Shawn Coleman Seeks Damages of $1,000,000 Against Guadalupe Regional Alone

Plantif Shaun Coleman SEEKS $200,000 from Seguin Police Dept. only.

Plantiff Shaun Coleman SEEKS Nominal DAMAGES AND punitive DAMAGES In Amount THE COURT Finds legally Appropriate from Guadalupe Regional Hospital, AND Seguin PD.

Plantiff Also SEEKS A Jury Trial on All ISSUES TRIABLE By Jury.

Plantiff Also SEEKS Recovery of their Cost in This Suit. And Any Additional Relief this Court DEEMS proper And Equitable.

DATE DEC 13 5:07 pm

Certificate of Service

I Here by Certify that a copy of the foregoing document was delivered to all opposing parties or to official office in accordance with the Texas Rules of procedures on this the 12nd day of December 2025 by mail

[signature]
Shawn Coleman
pro se

Form of Declaration

I Shawn Coleman being incarcerated in the Guadalupe County Jail swear under penalty of perjury the forementioned true and correct

Shawn Coleman
2615 n guadalupe st
Seguin TX 78155

[signature]
Shawn Coleman

SHAWN COLEMAN
V
GUADALUPE County REGIONAL Hospital,
SEGUIN PD.

IN THE US District
COURT
WESTERN District
OF
TEXAS

ORDER

ON THIS THE ______ DAY OF ______ 2025

CAME ON TO BE HEARD THE (1983) MOTION

FOR DECLARATORY JUDGMENT AND THE SAME

IS HERE BY

GRANTED: ______

DAMAGES TO BE AWARDED ______

BY DEFENDANT ______

DAMAGES TO BE AWARDED ______

BY DEFENDANT: ______

DENIED: ______

______
PRESIDING JUDGE

Name: Coleman Shawn
SO#: 00075706
Guadalupe County Adult Detention Center
2615 N Guadalupe St
Seguin TX 78155

INDIGENT

LEGAL
INDIGENT
MAIL

SAN ANTONIO TX 780
31 DEC 2025 PM 4 L

FREEDOM

25

RECEIVED

JAN 06 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ______________
DEPUTY

SCREENED BY CSO
JAN 06 2026

U.S. District Clerks
Office
410 South Cedar
Pecos Texas 79772

SCREENED BY CSO
JAN 06 2026

79772-320299